UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN NEIL SHROPSHIRE,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN D'AGOSTINI, et al.,<br><br>  Defendants. | No.  2:21-cv-0466 WBS DB P<br><br><br>ORDER |

Plaintiff is a former[1] county jail inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff claims he received inadequate dental care while incarcerated in El Dorado County.

On June 6, 2022, defendant Danialson filed a motion to compel discovery responses and for sanctions. (ECF No. 24.)  Counsel for Danialson states that plaintiff has not responded to discovery that was served on him at his address of record and failed to appear for his scheduled deposition on May 26, 2022.  In addition to an order compelling plaintiff to respond to the discovery requests, Danialson also seeks costs incurred in drafting the instant motion as well as those associated with hiring a court reporter and videographer for the deposition.  (Id. at 2-3.)  In

////

---

[1] Plaintiff filed a notice of change of address dated October 26, 2021, stating his new address and indicating that his release from custody was imminent. (ECF No. 15.)

1

light of plaintiff's pro se status, the court will direct plaintiff to file an opposition or statement of non-opposition to defendant Danialson's motion.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall file an opposition or statement of non-opposition to defendant Danialson's motion to compel and for sanctions (ECF No. 24) within thirty days.  Plaintiff is advised that failure to comply with this order will result in a recommendation that this action be dismissed for failure to comply with court orders and failure to prosecute.

Dated:  August 23, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/shro0466.no oppo