UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN NEIL SHROPSHIRE, | No. 2:21-cv-0466 WBS DB P |
| Plaintiff, | |
| v. | ORDER |
| JOHN D'AGOSTINI, et al., | |
| Defendants. | |

      Plaintiff is a former[1] county jail inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff claims he received inadequate dental care while incarcerated in El Dorado County.  Presently before the court is defendant Danialson's request that the court extend the pretrial deadlines set forth in the discovery and scheduling order.  (ECF No. 27.)  Defendant states that although they have been diligent in seeking discovery, plaintiff has not responded to discovery requests, appeared for a properly noticed deposition, or opposed their pending motion to compel.

      By order dated August 23, 2022, the undersigned directed plaintiff to file an opposition or statement of non-opposition to defendant's motion to compel within thirty days.  (ECF No. 26.)  Defendant seeks an extension of the deadlines in the discovery and scheduling order because the

---

[1] Plaintiff filed a notice of change of address dated October 26, 2021, stating his new address and indicating that his release from custody was imminent.  (ECF No. 15.)

1

dispositive motion deadline is presently set for September 16, 2022.  (ECF No. 27.)  Good cause appearing the court will grant the motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to modify the discovery and scheduling order (ECF No. 27) is granted;

2. The parties may conduct discovery until October 10, 2022.  Any motions necessary to compel discovery shall be filed by that date.

3. All pretrial motions, except motions to compel discovery, shall be filed on or before January 16, 2023.

4. The court's February 10, 2022 discovery and scheduling order remains the same in all other respects.

Dated: August 31, 2022

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/shro0466.mod.dso