UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN NEIL SHROPSHIRE, | No. 2:21-cv-0466 WBS DB P |
| Plaintiff, | |
| v. | ORDER |
| JOHN D'AGOSTINI, et al., | |
| Defendants. | |

      Plaintiff is a former[1] county jail inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims he received inadequate dental care while incarcerated in El Dorado County.

      On October 6, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objection to the findings and recommendations were to be filed within twenty days. (ECF No. 31.) Neither party has filed objections to the findings and recommendations.

---

[1] Plaintiff filed a notice of change of address dated October 26, 2021, stating his new address and indicating that his release from custody was imminent. (ECF No. 15.) Review of the El Dorado County inmate locator website indicates that plaintiff is no longer in custody. The court may take judicial notice of information stored on the Shasta County Sheriff's inmate locator website. See In re Yahoo Mail Litig., 7 F. Supp. 3d 1016, 1024 (N.D. Cal. 2014) (a court may take judicial notice of information on "publicly accessible websites" not subject to reasonable dispute); Louis v. McCormick Schmick Restaurant Corp., 460 F. Supp. 2d 1153, 1155 fn. 4 (C.D. Cal. 2006) (court may take judicial notice of state agency records).

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

   1. The findings and recommendations filed October 5, 2022, are adopted in full; and

   2. This action is dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Dated:  December 5, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/shro0466.803